HINDMAN and Others *v.* TROXELL and Others.

Errors in the admission of testimony in the Court below, or in the insufficiency of the evidence to support the verdict, are not available in this Court, where there was no motion below for a new trial.

APPEAL from the *Grant* Common Pleas.

*Per Curiam.*—This was a proceeding under the statute, to procure the distribution of an intestate's estate. The case was submitted to the Court, who found for the appellees, who were the plaintiffs below. Judgment was rendered accordingly. There is a bill of exceptions which shows, that during the trial the defendants, the present appellants, excepted to various rulings of the Court, in the admission of evidence offered by the plaintiffs. But there was no motion

Nov. Term,
1860.

for a new trial, and the errors assigned on the record, relate, exclusively, to the insufficiency of the evidence to sustain the finding of the Court and to its rulings in the admission of evidence, over the defendants' objection. These assignments of error, there being no motion for a new trial, are not available in this Court. *Kent* v. *Lawson*, 12 Ind. 675, and authorities there cited.

The judgment is affirmed, with costs.

*A. Steele* and *H. D. Thompson*, for appellants.